IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS FRESQUEZ,

    Plaintiff,                              CV F 03 6388 REC   WMW   P

  vs.                                         ORDER

A. THOMAS, et al.,

    Defendants.

      On April 12, 2005, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim. On April 27, 2005, plaintiff filed a notice of change of address, indicating that he was transferred to Avenal State Prison on March 25, 2005. Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk's Office shall re-serve the April 12, 2005, recommendation of dismissal on plaintiff at his address of record.

        2. Plaintiff is granted an extension of time of thirty days from the date of re-service to file objections.

IT IS SO ORDERED.

1

**Dated:** **May 10, 2005**          /s/  **William M. Wunderlich**
mmkd34                                                  UNITED STATES MAGISTRATE JUDGE