IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS FRESQUEZ,

    Plaintiff,                              CV F 03 6388 REC  WMW  P

  vs.                                    <u>ORDER RE MOTION (DOC 17 )</u>

R. ZIMMERMAN, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in a civil rights action purssuant to 42 U.S.C. § 1983.   Pending before the court is plaintiff's motion requesting the court to direct prison officials at CSP Corcoran to provide him law library access.   Plaintiff's motion consists of a two page request, and does not comply with the requirements of Local Rule 65-231. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion filed on February 24, 2005, is stricken as procedurally defective.

IT IS SO ORDERED.

**Dated:   August 16, 2005**                     /s/  **William M. Wunderlich**
mmkd34                               UNITED STATES MAGISTRATE JUDGE