IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS R. FRESQUEZ, | |
| Plaintiff, | CV F 03 6388 REC WMW   P |
| vs. | ORDER |
| R. ZIMMERMAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. On April 12, 2005, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim. The recommendation was based on an earlier order dismissing the complaint with leave to amend. Plaintiff failed to file an amended complaint, and the court recommended dismissal. Plaintiff filed objections to the findings and recommmendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 12, 2005, recommendation of dismissal is vacated.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

1

1  IT IS SO ORDERED.

2  **Dated:   April 19, 2006**          **/s/  William M. Wunderlich**
   j14hj0                                UNITED STATES MAGISTRATE JUDGE