UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>R. ZIMMERMAN, et al.,<br><br>   Defendants. | 1:03-CV-6388 REC WMW P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #27) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 9, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint..

IT IS SO ORDERED.

**Dated:   May 23, 2006**               /s/  William M. Wunderlich
j14hj0                              UNITED STATES MAGISTRATE JUDGE