1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                    **EASTERN DISTRICT OF CALIFORNIA**
8

| | | |
|---|---|---|
| 9  | LOUIS FRESQUEZ,          ) | 1:03-cv-6388 OWW WMW P |
| 10 |           Plaintiff,     ) | ORDER ADOPTING FINDINGS AND |
| 11 |      v.                  ) | RECOMMENDATIONS AND DISMISSING ACTION |
| 12 | R. ZIMMERMAN, et al.,    ) | |
| 13 |           Defendants.    ) | |
| 14 | _____  ) | |

15

Before the Court are objections to the Magistrate Judge's Findings and Recommendations filed July 17, 2006, recommending dismissal of this case for the failure and refusal of Plaintiff to follow the prior order of the Court requiring a complaint that complied specifically with Federal Rule of Civil Procedure § 8(a)(2), requiring a clear and plain statement of Plaintiff's claims and the factual allegations in support of those claims. The Plaintiff was advised that he could not attach documents and incorporate allegations in addition to the documents.

On August 22, 2006, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.  The objections contain extended legal argument that has nothing to do with the pleading deficiencies that the Court had ordered be corrected.

1

     **Plaintiff has been given two prior opportunities to file an amended complaint that complies with the requirements of Federal Rule of Civil Procedure 8 and Federal law. He refuses to do so.**

     **IT IS ORDERED that the Findings and Recommendations of the Magistrate Judge are ADOPTED. The Complaint is DISMISSED without prejudice by reason of Plaintiff's failure and refusal to file an amended complaint as required by prior order of the Court and the Federal Rules of Civil Procedure.**

IT IS SO ORDERED.

**Dated:   October 5, 2006**            /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE