**FILED**

**JUDGMENT ENTERED**

_____October 5, 2006_____
Date
by _____G. Lucas_____
Deputy Clerk

U.S. District Court
Eastern District of California

__XX____ FILE CLOSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LOUIS RICHARD FRESQUEZ,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:03-CV-6388 OWW/WMW P

R. ZIMMERMAN,

_____/

       The Findings and Recommendations issued by the Magistrate Judge on July 17, 2006, are hereby adopted in full, and

       IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: October 5, 2006

VICTORIA C. MINOR, Clerk

By: /s/ GREG LUCAS
Deputy Clerk